KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
OCT 07 2021
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-74-GF-BMM |
| Plaintiff, | INDICTMENT |
| vs. | SECOND DEGREE MURDER<br>Title 18 U.S.C. §§ 1153(a) and 1111<br>(Count I)<br>(Penalty: Life imprisonment, $250,000 fine, and five years supervised release) |
| DILLON JAMES WIPPERT, | |
| Defendant | USE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE<br>(Count II)<br>Title 18 U.S.C. §§ 924(c)(1)(A)<br>(Penalty: Mandatory minimum term of ten years to life imprisonment, consecutive to any other term of imprisonment, as well as a $250,000 fine and five years of supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about May 17, 2020, at or near Bear Paw, also known as Blevins Trail, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, DILLON JAMES WIPPERT, an Indian person, knowingly and unlawfully killed John Doe with malice aforethought, in violation of 18 U.S.C. §§ 1153(a) and 1111.

## COUNT II

That on or about May 17, 2020, at or near Bear Paw, also known as Blevins Trail, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, DILLON JAMES WIPPERT, an Indian person, knowingly used a firearm

//
//
//
//
//
//
//
//

during and in relation to the violent crime charged in count I, a crime that may be prosecuted in a court of the United States, in violation of 18 U.S.C. §§ 924(c)(1)(A).

The Grand Jury finds that the firearm was discharged during the commission of the offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney