IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-21-74-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| DILLON JAMES WIPPERT, | |
| Defendant. | |

On June 13, 2022, Defendant Dillon Wippert (Wippert) filed an Unopposed Motion for Psychiatric Exam. (Doc. 30.) The Court granted Wippert's motion, and ordered Wippert undergo a mental health evaluation. (Doc. 31.)

The marshals informed that Court that Wippert arrived at FCI Englewood on June 16, 2022. On July 26, 2022, the Court received a letter from Jeremiah Dwyer, Forensic Psychologist, dated July 8, 2022. Because of the Covid-19 restrictions at FCI Englewood, Wippert was in quarantine until July 6, 2022. Dr. Dwyer is requesting Wippert's evaluation begin on July 8, 2022, with the study period ending August 5, 2022 and the evaluation sent to the court on or before August 19, 2022.

Accordingly, **IT IS HEREBY ORDERED** that Wippert's evaluation period began on July 8, 2022 and will conclude no later than August 5, 2022, with the report sent to the Court on or before August 19, 2022. The Clerk of Court shall file

the letter from Dr. Dwyer under seal with copies provided to counsel for the Defendant and to the attorney for the Government.  The Clerk of Court will e-mail a copy of this order to j2dwyer@bop.gov.

Additional letters or reports should be e-mailed to the Court at sara_luoma@mtd.uscourts.gov

DATED this 26th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court